UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

MAY 1 4 2012

M. Regina Thomas, Clerk
By: _____
Deputy Clerk

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| **BRIAN S. SANTRY,** | CASE NO. **11-79946-MHM** |
| Debtor. | |
| DENISE B. FISHER | **CONTESTED MATTER** |
| Movant, | |
| v. | |
| BRIAN S. SANTRY, | |
| Respondent. | |

## MOTION FOR ORDER TO WITHDRAW AS COUNSEL

**COMES NOW** J. Nathan Blau, attorney of record for Debtor in the above-styled and numbered case, and requests and Order pursuant to Bankruptcy Local Rule 9010-5 to withdraw as attorney for said Debtor. In support of this Motion, Movant states as follows:

1.

Due written notice (Attached as Exhibit "A"), to Debtor respecting Movant's intention to withdraw was sent on April 24, 2012 via certified U.S. Mail to Debtor at his last known address as follows:

**6635 Brandon Mills Road, Sandy Springs, GA 30328-2026**

2.

Debtor has been informed of his rights to object to Movant's withdrawal within fourteen (14) days of the notice given to Debtor.

3.

Movant has provided to Debtor with his Notice of Intent to Withdraw a copy of the Trustee's Motion for Order Pursuant to Federal Rules of Bankruptcy Procedure 2004 for Examination of Debtor Brian S. Santry and Directing Debtor to Produce Documents said documents received by attorney on April 23, 2012. Movant has informed Debtor that he has the obligation to respond to this proceeding and to appear at the 2004 Examination on the date set by the Order of the Bankruptcy Judge. Said documents are to be produced on or before May 15, 2012 at the Office of Trustee, 600 Glynn Street North, Suite C, Fayetteville, Georgia 30214 and further Debtor Brian S. Santry is to appear for examination at the office his new counsel at 10:00 AM on May 23, 2012 if Movant's order is granted.

4.

Service of future notices may be made upon Debtor at the following address:

6635 Brandon Mills Road, Sandy Springs, GA 30328-2026. Debtor's email address is brianshawnsantry@yahoo.com; last known telephone numbers are (917) 498-7333; Alternate Number: (678) 467-6470.

5.

All notification requirements as set forth in Bankruptcy Local Rule 9010-5 have been satisfied, as certified by Movant in the Notification Certificate filed herewith.

This 10th day of May, 2012.

J. Nathan Blau
Georgia Bar No. 062950
Attorney for Debtor

4145 Clairmont Road
Atlanta, GA 30341
(770) 458-9081

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

MAY 14 2012

M. Regina Thomas, Clerk
By: _____
Deputy Clerk

| | |
|---|---|
| IN RE:<br><br>**BRIAN S. SANTRY,**<br><br>Debtor.<br>-------------------------------<br>DENISE B. FISHER<br><br>Movant,<br><br>v.<br><br>BRIAN S. SANTRY,<br><br>Respondent. | CHAPTER 7<br><br>CASE NO. **11-79946-MHM**<br><br>-------------------------------<br><br>**CONTESTED MATTER** |

### ATTORNEY'S CERTIFICATE UNDER BANKRUPTCY LOCAL RULE 9010-5 FOR THE NORTHERN DISTRICT OF GEORGIA – ATLANTA DIVISION

STATE OF GEORGIA
COUNTY OF DEKALB

PERSONALLY APPEARED before the undersigned, an officer duly authorized to administer oaths in the State of Georgia, comes J. Nathan Blau, Attorney at Law, who, after being duly sworn, deposes and states on oath that the notification requirements of Bankruptcy Local Rule 9010-5 regarding notice to the client have been met by mailing a true and exact copy of the NOTICE OF INTENT TO WITHDRAW AS COUNSEL, to the client.

The undersigned attorney further certifies that the client's last known address and telephone number are as follows: **6635 Brandon Mills Road, Sandy Springs, GA 30328-2026; Telephone Number (917) 498-7333; Alternate Number: (678) 467-6470.**

Respectfully submitted,

_____
J. Nathan Blau
Attorney for Debtor

Sworn to and subscribed before me this
8th day of May, 2012.

_____
NOTARY PUBLIC, STATE OF GEORGIA



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> **BRIAN S. SANTRY,** <br><br> Debtor. <br><br> ---------------------------------- <br><br> DENISE B. FISHER <br><br> Movant, <br><br> v. <br><br> BRIAN S. SANTRY, <br><br> Respondent. | CHAPTER 7 <br><br> CASE NO. **11-79946-MHM** <br><br><br><br> ---------------------------------- <br><br><br> **CONTESTED MATTER** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing pleading upon opposing counsel by U.S. Mail, with sufficient postage thereon and addressed as follows:

> Janet G. Watts
> Watts & Watts
> 600 North Glen Street, Suite C
> Fayetteville, GA 30214
>
> Denise B. Fisher
> 50 Revere Street
> Hull, MA  02045

This 10th day of May, 2012.

*/s/ J. Nathan Blau*
J. Nathan Blau
Attorney for Debtor
Georgia Bar No. 062950

4145 Clairmont Road
Atlanta, Georgia 30341
(770) 458-8081